

|  |  |
|---|---|
|  | **U.S. Department of Justice** |
|  |  |
|  | *United States Attorney* |
|  | *Eastern District of New York* |
| CWE | *271 Cadman Plaza East* |
| F. #2021R01035 | *Brooklyn, New York 11201* |

June 14, 2022

<u>By ECF</u>

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Angel Almeida</u>
     <u>Criminal Docket No. 21-613 (SJ) (TAM)</u>

Dear Judge Johnson:

  The parties respectfully jointly request that the Court set a status conference for a time convenient to the Court in September 2022, and to exclude Speedy Trial Act time between the date of this letter and the status conference as it is in the interest of justice so the parties may attempt to resolve this matter short of trial.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

     By: /s/ Chand W. Edwards-Balfour
        Chand W. Edwards-Balfour
        Assistant U.S. Attorney
        (718) 254-6238

cc: Clerk of Court (SJ) (via ECF)
   Counsel of record (via ECF and Email)