

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CWE
F. #2021R01035

271 Cadman Plaza East
Brooklyn, New York 11201

August 31, 2022

<u>By ECF</u>

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Angel Almeida
              <u>Criminal Docket No. 21-613 (SJ) (TAM)</u>

Dear Judge Johnson:

      The parties respectfully jointly request that the Court set the status conference that is currently scheduled for Thursday, September 29, 2022, to instead be on Wednesday, September 28, 2022, at 9 a.m.

              Respectfully submitted,

              BREON PEACE
              United States Attorney

      By:   /s/ Chand W. Edwards-Balfour
              Chand W. Edwards-Balfour
              Assistant U.S. Attorney
              (718) 254-6238

cc:    Clerk of Court (SJ) (via ECF)
       Counsel of record (via ECF and Email)