

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CWE
F. #2021R01035

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 2, 2022

By ECF

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Angel Almeida
                Criminal Docket No. 21-613 (SJ) (TAM)

Dear Judge Kovner:

        The parties respectfully jointly request that the Court set the status conference that is currently scheduled for Thursday, September 29, 2022, to instead be on Monday, October 3, 2022, at 2 p.m. and to exclude Speedy Trial Act time between September 29, 2022 and the status conference as it is in the interest of justice so the parties may attempt to resolve this matter short of trial.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

        By:    /s/ Chand W. Edwards-Balfour
                Chand W. Edwards-Balfour
                Assistant U.S. Attorney
                (718) 254-6238

cc:    Clerk of Court (RPK) (via ECF and Email)
       Counsel of record (via ECF and Email)