FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
*   JANUARY 31, 2023   *
BROOKLYN OFFICE

21-CR-613 (S-1) (RPK)

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Angel Almeida</u>

2. Related Magistrate Docket Number(s): <u>21-MJ-1334</u>

3. Arrest Date: <u>11/23/2021</u>

4. Nature of offense(s):   ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):

6. Projected Length of Trial:   Less than 6 weeks   ☒
   More than 6 weeks   ☐

7. County in which crime was allegedly committed: <u>Queens</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.   ☐ Yes   ☒ No

9. Has this indictment/information been ordered sealed?   ☐ Yes   ☒ No

10. Have arrest warrants been ordered?   ☐ Yes   ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

BREON PEACE
United States Attorney

By:   /s/ Chand W. Edwards-Balfour
Chand Edwards-Balfour
Assistant U.S. Attorney
(718) 254-7000

Rev. 10/04/12