```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                 :
                                          :
                                          :
                                          :
         - against -                      :
                                          :
                                          :    21 CR  613 (RPK)
ANGEL ALMEIDA                             :
                                          :
                                          :
                                          :
                          Defendant.      :
------------------------------------------------------------X
```

# LETTER AS TO DEFENDANT ANGEL ALMEIDA'S RECENT CONDUCT

Samuel Gregory, Esq
Law Office of Samuel Gregory
16 Court Street, Suite 3500
Brooklyn, New York 11241
Tel: 718-222-2992/718-360-6243
Email: Sam@samgregory.com

*Attorney for Angel Almeida*

*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

---

**VIA ECF**

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re**: <u>United States v. Angel Almeida</u>
       Docket 21 Cr 613

Dear Judge Kovner,

  Please be advised that I am writing to inform the Court of the status of my representation of Angel Almeida. Approximately five weeks ago while on a visit at the MDC, Mr. Almeida requested that I not visit him unless I had important information to share with him. Subsequently, I reached out to Mr. Almeida's brother in an effort to establish a relationship with Mr. Almeida's family. We had a productive conversation. On May 11, I had a prearranged legal call with Mr. Almeida. Mr. Almeida terminated the call in less than two minutes. I reached out to his brother by phone and text on four occasions and have not heard back. I went to the MDC today with two non-legal professionals to visit Mr. Almeida. Unfortunately, Mr. Almeida refused to come down for the visit.

  At this point all communications with Mr. Almeida have broken down. I cannot effectively represent Mr. Almeida if he refuses to engage. I hereby ask the Court to conduct an inquiry of Mr. Almeida to determine how to proceed.

                                              Respectfully submitted,

By:    /s/*Samuel Gregory*//
           Law Office of Samuel Gregory
           16 Court Street, Suite 3500
           Brooklyn, New York 11241
           Tel: 718-222-2992/718-360-6243
           Email: Sam@samgregory.com

*Attorney for Angel Almeida*

Cc: The Hon. Rachel P. Kovner (by ECF)
Clerk of Court (RPK) (by ECF)
Chand Warren Edwards-Balfour for the Government (by ECF)