1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA,      :    21-CR-613(SJ)

       Plaintiff ,          :
                           United States Courthouse
   -against-            :    Brooklyn, New York

ANGEL ALMEIDA,                 :
                           March 9, 2022
       Defendant.           :    12:00 p.m.

- - - - - - - - - - - - - X


TRANSCRIPT OF STATUS CONFERENCE VIA TELEPHONE
BEFORE THE HONORABLE STERLING JOHNSON
UNITED STATES SENIOR DISTRICT JUDGE

APPEARANCES:


For the Government:          BREON PEACE
                             United States Attorney
                             BY: CHAND EDWARDS-BALFOUR
                             Assistant United States Attorney
                             271 Cadman Plaza East
                             Brooklyn, New York


For the Defendant:           FEDERAL DEFENDERS OF NEW YORK,INC
                             One Pierrepont Plaza, 16th Floor
                             Brooklyn, New York
                             BY: MICHELLE GELERNT, ESQ.


Court Reporter:              Andronikh M. Barna
                             225 Cadman Plaza East
                             Brooklyn, New York
                             (718) 613-2178

Proceedings recorded by mechanical stenography, transcript
produced by computer-aided transcription.

2

1          THE COURTROOM DEPUTY:  U.S.A. versus Angel Almeida.

2          Counsel, note your appearances, beginning with the

3     government.

4          MR. BALFOUR:  Good afternoon, Your Honor.

5          Good afternoon, everyone.

6          Chand Edwards Balfour on behalf of the government.

7          THE COURT:  Good afternoon.

8          MR. GELERNT:  Good afternoon, Your Honor.

9          Federal Defenders by Michelle Gelernt,

10    G-e-l-e-r-n-t, for Mr. Almeida, who is appearing via telephone

11    from the MDC.

12         THE COURT:  Okay.  Let me hear from the government.

13    What is this case about and what are we going to do?

14         MR. BALFOUR:  Yes, Your Honor.

15         This case is a felon in possession of a firearm

16    case.  At this point the government and defense have been

17    having discussions.  I know defense probably has something

18    that they want to add at the end of it, you know, to raise to

19    you as well, but I think at this point it makes sense for us

20    to set a date for April 27th for another status and see if

21    defense and the government can see if we can resolve this

22    matter short of trial.

23         THE COURT:  Ms. Gelernt?

24         MR. GELERNT:  Yes, Judge, we concur.  While this is

25    a felon in possession case, the government has raised a

3

1   concern that there may be, potentially, additional charges

2   based on evidence that was recovered from social media and

3   allegedly from the defendant's electronic devices that were

4   seized at the time of his arrest.  Given that and the

5   government's recent production of additional discovery

6   yesterday, we're seeking this time so that we can continue to

7   engage in plea negotiations without the need to prepare for

8   trial.  So we're asking that the matter be set down before

9   Your Honor on April 27th, and I believe the time that

10  Ms. Rodriguez proposed was noon.

11              THE COURT:  Okay.  April 27th.  Time is excluded.

12              MR. GELERNT:  Your Honor?

13              THE COURT:  Go ahead.

14              MR. GELERNT:  The only additional matter is that we

15  are preparing to make another bail application.  It's my

16  understanding that the Court would prefer that we brought that

17  before the magistrate, but I just wanted to check with

18  Your Honor about that.

19              THE COURT:  Yes, go before the magistrate.

20              MR. GELERNT:  Okay.  Thank you, Judge.

21              THE COURT:  All right.  Time is excluded.

22              If it has not been resolved then, I am going to send

23  it out for trial.

24              MR. BALFOUR:  Thank you, Your Honor.

25              MR. GELERNT:  Understood.

4

1          THE COURT:  Okay.  All right.

2          Is that it, Ana?

3          THE COURTROOM DEPUTY:  Yes, it is, Judge.  That's it

4    for today's calendar.

5          THE COURT:  Okay, everybody, be well.

6          MR. BALFOUR:  Thank you, Your Honor.

7          MR. GELERNT:  You too, Judge.  Thank you.

8          (Matter concluded.)

9

10                    *     *     *     *     *

11

12   I certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.

13

14    /s/ Andronikh M. Barna          June 20, 2023

15   _____    _____
        ANDRONIKH M. BARNA                DATE

16

17

18

19

20

21

22

23

24

25