1

1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NEW YORK
2
   - - - - - - - - - - - - - - - X
3
   UNITED STATES OF AMERICA,       : 21-CR-00613(RPK)
4                                  :
                                   :
5                                  :
          -against-               : United States Courthouse
6                                  : Brooklyn, New York
                                   :
7                                  :
                                   : Thursday, June 8, 2023
8   ANGEL ALMEIDA,                 : 3:30 p.m.
                                   :
9           Defendant.             :
                                   :
10  - - - - - - - - - - - - - - - X

11
         TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
12          BEFORE THE HONORABLE RACHEL P. KOVNER
               UNITED STATES DISTRICT JUDGE
13

14               A P P E A R A N C E S :

15  For the Government:  BREON PEACE.
                         United States Attorney
16                       Eastern District of New York
                         271 Cadman Plaza East
17                       Brooklyn, New York 11201
                    BY:  CHAND W. EDWARDS-BALFOUR, ESQ.
18                       Assistant United States Attorney

19

20   For the Defendant:   SAMUEL GREGORY, P.C.
                          16 Court Street
21                        Suite 2008
                          Brooklyn, New York 11241
22                   BY:  SAMUEL GREGORY, ESQ.

23

    Court Reporter:  Stacy A. Mace, RMR, CRR, RPR, CCR
24                   Official Court Reporter
                     E-mail:  SMaceRPR@gmail.com
25  Proceedings recorded by computerized stenography.  Transcript
    produced by Computer-aided Transcription.

SAM   OCR   RMR   CRR   RPR

*Proceedings*                                                          2

1              (In open court.)

2         THE COURTROOM DEPUTY:  All rise.

3         (Judge RACHEL P. KOVNER entered the courtroom.)

4         (Defendant entered the courtroom.)

5         THE COURTROOM DEPUTY:  United States of America

6    versus Angel Almeida.

7              Counsel, please state your name for the record.

8         MR. EDWARDS-BALFOUR:  Good afternoon, Your Honor.

9         Chand Edwards-Balfour on behalf of the Government.

10   With me is Special Agent Nick Satwicz.

11        THE COURT:  Good afternoon.

12        MR. GREGORY:  Good afternoon, Your Honor.

13        Samuel Gregory for Mr. Almeida.

14        THE COURT:  Good afternoon.  And good afternoon,

15   Mr. Almeida.

16        MR. GREGORY:  Pardon me?

17        THE COURT:  I said good afternoon, and good

18   afternoon to Mr. Almeida.

19        MR. GREGORY:  Thank you.

20        THE COURT:  Okay.  So I think Mr. Gregory is the

21   third attorney that I have appointed in this case.  I

22   appointed Mr. Murray back in February.

23             It seemed like we were making -- there was some

24   forward movement in the case.  I appointed an additional

25   lawyer to help Mr. Gregory with some of the electronics-

*Proceedings*                                                                    3

1   related legal issues in this case that I think this case will

2   involve, which are of some legal complexity.

3            And I have gotten a letter from Mr. Gregory

4   indicating that there's been a breakdown in communication just

5   recently.

6            Mr. Gregory had a call with Mr. Almeida on May 11th

7   that Mr. Almeida ended, and since then Mr. Gregory has not

8   been able to really communicate with Mr. Almeida.  I think

9   he'd gone to the facility to try to meet with Mr. Almeida and

10  Mr. Almeida hadn't been willing to meet with him.

11           Mr. Almeida, where do we stand from your perspective

12  at this point?

13           THE DEFENDANT:  I want to go pro se and I want to

14  invoke my rights to speedy trial.

15           THE COURT:  Okay.

16           All right, so you have a right to do that.  As I

17  think I mentioned the last time we sort of talked about that

18  issue, I have to go through some questions with you to make

19  sure you understand the rights that you are giving up if you

20  go pro se and what the challenges associated with trying this

21  case by yourself will be.

22           So I think we already have an appearance in this

23  case scheduled for Tuesday.  So I can prepare that inquiry for

24  Tuesday and we can go through it on Tuesday.  And I am happy

25  to also set a trial date on Tuesday, if you do decide on

*Proceedings*                                                    4

1   Tuesday after talking about it with me that you do want to

2   represent yourself in the case.

3           Mr. Gregory, are you able to serve as standby

4   counsel in this case if Mr. Almeida does decide to represent

5   himself so that he has somebody if he does decide he wants

6   legal advice?

7           The legal questions in this case are complicated and

8   I think it would be helpful to, at least, have a standby

9   option.

10          MR. GREGORY:  Your Honor, I would be willing to do

11  that, if Mr. Almeida is willing to let me serve as standby

12  counsel.

13          THE DEFENDANT:  No, I'm not taking this nigger.

14  This nigger's a street bitch.  I'm not taking his fuckin'

15  crap, bro.  That shit is dead.  That shit is fuckin' dead.

16  I'd smack the shit out of this nigger if I wasn't in cuffs.

17  I'm not taking this nigger.

18          THE COURT:  Okay.  So if you are going to represent

19  yourself in this case, you can't be talking about people that

20  way.  You can't be threatening.

21          THE DEFENDANT:  I'm just letting you know that I'm

22  not taking him.

23          THE COURT:  Okay.

24          All right.  On Tuesday I'll go through the set of

25  questions that I have to go through with you to talk about

Proceedings                                                    5

1   whether you want to represent yourself and give you the

2   information you need to know before making that decision.

3          I think probably, Mr. Gregory, it makes sense to

4   excuse you from the case.  And in the event that standby

5   counsel is appointed, I'll appoint somebody else.  But I

6   appreciate your working on this case and you are excused.

7          MR. GREGORY:  Thank you so much, Your Honor.  I

8   appreciate it.

9          THE COURT:  All right.

10          Okay, so on Tuesday I'll plan to do a *Faretta*

11   inquiry and if Mr. Almeida decides that he does want to

12   represent himself, at that point we can talk about scheduling

13   and setting a trial date.

14          Anything you want to today up today?

15          MR. EDWARDS-BALFOUR:  Nothing further from the

16   Government, Your Honor.

17          The time is already excluded through that day, so we

18   are all --

19          THE COURT:  Okay, great.  I'll see you all on

20   Tuesday.

21          MR. EDWARDS-BALFOUR:  Thanks, Your Honor.

22          (Matter adjourned.)

23          (Defendant exited the courtroom.)

24

25

SAM    OCR    CRR    RMR    RPR
I certify the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.
                    /s/ Stacy A. Mace     June 20, 2023