

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EDP:CWE/TBM/ANR      *271 Cadman Plaza East*
F. #2021R01035        *Brooklyn, New York 11201*

October 4, 2023

By ECF and Email

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  United States v. Angel Almeida
         Criminal Docket No. 21-613 (S-1) (RPK)

Dear Judge Kovner:

     The parties respectfully jointly request that the Court set a status conference for the above-referenced matter at the Court's earliest convenience.  The undersigned understands that the Court is available on Tuesday, October 10, 2023, at 11am.  Both parties are available to appear before the Court on that date and at that time.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

     By:  /s/ Chand Edwards-Balfour
          Chand Edwards-Balfour
          Tara McGrath
          Antoinette Rangel
          Assistant U.S. Attorney
          (718) 254-7000

cc:  Clerk of Court (RPK) (via ECF and Email)
   Counsel of record (via ECF and Email)