EDP:CWE/TBM/ANR
F. #2021R01035

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

ANGEL ALMEIDA,

                Defendant.

- - - - - - - - - - - - - - - - - X

**PLEA PENALTY SHEET**

Cr. No. 21-613 (S-1) (RPK)

      **This is not a plea agreement**. The government submits this plea penalty sheet to advise the Court of the penalties the defendant faces if convicted at trial on each of the four counts in the above-captioned Superseding Indictment. Accordingly, the estimates do not include any downward adjustments for acceptance of responsibility. The U.S. Sentencing Guidelines ("U.S.S.G." or "Guidelines") calculations set forth herein are only estimates and are not binding on the government, the Probation Department or the Court.

      **Felon in Possession of a Firearm and Ammunition (Count One)**

A.   Statutory Penalties

    1.   Maximum term of imprisonment: 10 years
        (18 U.S.C. §§ 922(g)(1) and 924(a)(8)).

    2.   Minimum term of imprisonment: None
        (18 U.S.C. §§ 922(g)(1) and 924(a)(8)).

    3.   Maximum supervised release term: 3 years, to follow any term of imprisonment; if a condition of release is violated, the defendant may be

        sentenced to up to 2 years without credit for pre-release imprisonment or time previously served on post-release supervision (18 U.S.C. § 3583(b) & (e)).

    4.    Maximum fine: $250,000 (18 U.S.C. § 3571(b)(3)).

    5.    Restitution: N/A

    6.    $100 special assessment (18 U.S.C. § 3013).

    7.    Other penalties: Criminal forfeiture (18 U.S.C. § 924(d)(1); 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c)).

B.    <u>Guidelines Estimate</u>

| | |
|---|---:|
| Base Offense Level (§ 2K2.1(a)(6)(A)) | 14 |
| Plus: Possession in connection with another felony (§ 2K2.1(b)(6)(B)) | <u>+4</u> |
| Total: | <u>18</u> |

This level carries a range of imprisonment of 27 to 33 months, assuming the defendant falls within Criminal History Category I.

**Sexual Exploitation and Attempted Sexual Exploitation of a Child (Count Two)**

A.    <u>Statutory Penalties</u>

    1.    Maximum term of imprisonment: 30 years (18 U.S.C. § 2251(e)).

    2.    Minimum term of imprisonment: 15 years (18 U.S.C. § 2251(e)).

    3.    Minimum supervised release term: 5 years, maximum supervised release term: life, to follow any term of imprisonment; if a condition of release is violated, the defendant may be sentenced to up to 3 years without credit for pre-release imprisonment or time previously served on post-release supervision; if the defendant commits any criminal offense under Chapter 109A, 110, or 117, or Title 18, United States Code, Sections 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the defendant shall be sentenced to not less than 5 years and up to life (18 U.S.C. § 3583 (b), (e) & (k)).

2

    4.    Maximum fine: $250,000
(18 U.S.C. § 3571(b)).

    5.    Restitution: Mandatory, in the full amount of victims' losses.
(18 U.S.C. §§ 3663A and 3664).

    6.    $100 special assessment
(18 U.S.C. § 3013).

    7.    Other penalties: Sex offender registration pursuant to the Sex Offender Registration and Notification Act, 42 U.S.C. § 16901 et seq.; criminal forfeiture
(18 U.S.C. § 2253; 21 U.S.C. § 853(p)).

B.    <u>Guidelines Estimate</u>

| | |
|---|---|
| Base Offense Level (§ 2G2.1(a)) | 32 |
| Plus: Involved minor below age of 16, above age of 12 (§ 2G2.1(b)(1)(B)) | +2 |
| Plus: Defendant knowingly engaged in distribution (§ 2G2.1(b)(3)) | +2 |
| Plus: Use of a computer or interactive computer service (§ 2G2.1(b)(6)) | +2 |
| Plus: Repeat sex offender against minors (§ 4B1.5(b)(1)) | <u>+5</u> |
| Total: | <u>43</u> |

This level carries a range of imprisonment of life, assuming the defendant falls within Criminal History Category I. However, because the statutory maximum sentence is 30 years' imprisonment, the effective Guidelines range is 30 years or 360 months' imprisonment. The defendant is also subject to a statutory mandatory minimum sentence of 180 months' imprisonment.

**Mann Act Coercion and Enticement and Attempted Coercion and Enticement (Count Three)**

A.    <u>Statutory Penalties</u>

    1.    Maximum term of imprisonment: Life
(18 U.S.C. § 2422(b)).

3

    2.    Minimum term of imprisonment: 10 years
(18 U.S.C. § 2422(b)).

    3.    Minimum supervised release term: 5 years, maximum supervised release term: life, to follow any term of imprisonment; if a condition of release is violated, the defendant may be sentenced to up to 3 years without credit for pre-release imprisonment or time previously served on post-release supervision; if the defendant commits any criminal offense under Chapter 109A, 110, or 117, or Title 18, United States Code, Sections 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the defendant shall be sentenced to not less than 5 years and up to life
(18 U.S.C. § 3583 (b), (e) & (k)).

    4.    Maximum fine: $250,000
(18 U.S.C. § 3571(b)).

    5.    Restitution: Mandatory, in the full amount of victims' losses.
(18 U.S.C. §§ 3663A and 3664).

    6.    $100 special assessment
(18 U.S.C. § 3013).

    7.    Other penalties: Sex offender registration pursuant to the Sex Offender Registration and Notification Act, 42 U.S.C. § 16901 et seq.; criminal forfeiture
(18 U.S.C. § 2253; 21 U.S.C. § 853(p)).

B.    Guidelines Estimate

| | |
|---|---|
| Base Offense Level (§§ 2G1.3(c)(1), 2G2.1(a)) | 32 |
| Plus: Involved commission of sex act and conduct described in 18 U.S.C. § 2241(a) (§ 2G2.1(b)(2)(B)) | +4 |
| Plus: Defendant knowingly engaged in distribution (§ 2G2.1(b)(3)) | +2 |
| Plus: Material portrays sadistic or masochistic conduct or depictions of violence (§ 2G2.1(b)(4)(A)) | +4 |
| Plus: Use of a computer or an interactive computer service (§ 2G2.1(b)(6)) | +2 |

| | | |
|---|---|---:|
| Plus: | Repeat sex offender against minors (§ 4B1.5(b)(1)) | +5 |
| Total: | | 49 |

An offense level of more than 43 is to be treated as an offense level of 43. U.S.S.G. ch. 5, pt. A, cmt. n.2.  This level carries a range of imprisonment of life, assuming the defendant falls within Criminal History Category I.  The defendant is also subject to a statutory mandatory minimum sentence of 120 months' imprisonment.

**Possession of Child Pornography (Count Four)**

A. <u>Statutory Penalties</u>

    1.    Maximum term of imprisonment: 20 years (18 U.S.C. § 2252(b)(2)).

    2.    Minimum term of imprisonment: None (18 U.S.C. § 2252(b)(2)).

    3.    Minimum supervised release term: 5 years, maximum supervised release term: life, to follow any term of imprisonment; if a condition of release is violated, the defendant may be sentenced to up to 2 years without credit for pre-release imprisonment or time previously served on post-release supervision; if the defendant commits any criminal offense under Chapter 109A, 110, or 117, or Title 18, United States Code, Sections 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the defendant shall be sentenced to not less than 5 years and up to life (18 U.S.C. § 3583 (b), (e) & (k)).

    4.    Maximum fine: $250,000 (18 U.S.C. § 3571(b)).

    5.    Restitution: Mandatory, in the full amount of victims' losses. (18 U.S.C. §§ 3663A and 3664).

    6.    $100 special assessment (18 U.S.C. § 3013).

    7.    Other penalties: sex offender registration pursuant to the Sex Offender Registration and Notification Act, 42 U.S.C. § 16901 <u>et seq</u>.; criminal forfeiture (18 U.S.C. § 2253; 21 U.S.C. § 853(p)).

B. <u>Guidelines Estimate</u>

    Base Offense Level (§ 2G2.2(a)(1))    18

| | | |
|---|---|---:|
| Plus: | Material portrayed prepubescent minor or a minor who had not attained the age of 12 years (§ 2G2.2(b)(2)) | +2 |
| Plus: | Distribution to minor to persuade, induce, entice, or coerce minor to engage in prohibited sexual conduct (§ 2G2.2(b)(3)(E)) | +7 |
| Plus: | Material portrayed infants and toddlers (§ 2G2.2(b)(4)(B)) | +4 |
| Plus: | Pattern of sexual abuse and exploitation of a minor (§ 2G2.2(b)(5)) | +5 |
| Plus: | Use of a computer or an interactive computer service (§ 2G2.2(b)(6)) | +2 |
| Plus: | More than 400 images (§ 2G2.2(b)(7)(C)) | +4 |
| Total: | | <u>42</u> |

This level carries a range of imprisonment of 360 months to life, assuming the defendant falls within Criminal History Category I. However, because the statutory maximum sentence is 20 years' imprisonment, the effective Guidelines range is 20 years or 240 months' imprisonment.

**Multiple Count Analysis**

The four counts are not closely related and accordingly are not grouped together under the Guidelines. <u>See</u> U.S.S.G. §§ 3D1.1, 3D1.2, 3D1.3, 3D1.4. The total offense level resulting from the groups is as follows:

| | | <u>Level</u> | <u>Units</u> |
|---|---|:---:|:---:|
| <u>Group 1</u>: | Count Three | 49 | 1 |
| <u>Group 2</u>: | Count Two | 43 | 0.5 |
| <u>Group 3</u>: | Count Four | 42 | 0.5 |
| <u>Group 4</u>: | Count One | <u>18</u> | <u>0</u> |
| Total Units: | | | <u>2</u> |

6

| | |
|---|---|
| <u>Highest Offense Level</u>: | 49 |
| <u>Increase in Offense Level from Grouping</u>: | <u>+2</u> |
| <u>Total Combined Offense Level</u>: | <u>51</u> |

An offense level of more than 43 is to be treated as an offense level of 43. U.S.S.G. ch. 5, pt. A, cmt. n.2. This level carries a range of imprisonment of life, assuming the defendant falls within Criminal History Category I.

The sentence imposed on each count may run consecutively. <u>See</u> U.S.S.G. § 5G1.2.

Dated: Brooklyn, New York
October 10, 2023

Respectfully submitted,

BREON PEACE
United States Attorney

By:    <u>/s/ Chand W. Edwards-Balfour</u>
Chand W. Edwards-Balfour
Tara McGrath
Antoinette Rangel
Assistant United States Attorneys
(718) 254-7000

7