

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

CWE/TBM/ANR
F. #2021R01035

November 2, 2023

By E-Mail and ECF

Benjamin Silverman, esq.
224 West 30th Street, Suite 302
New York, NY 10001

Re: United States v. Angel Almeida
Criminal Docket No. 21-613 (RPK) (TAM)

Dear Counsel:

Enclosed please find a supplemental production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, produced via USAFx. The government also requests reciprocal discovery from the defendant. This production supplements the discovery produced to you on November 23, 2022, December 1, 2022, December 12, 2022, January 10, 2023, March 27, 2023, and September 21, 2023.

Enclosed please find:

- Redacted records received from the Department of Juvenile Justice regarding the defendant's detention in Florida, Bates-numbered DOJ_ALMEIDA_028892– DOJ_ALMEIDA_029178.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

                Very truly yours,

                BREON PEACE
                United States Attorney

By:   /s/ Chand Edwards-Balfour
       Chand Edwards-Balfour
       Tara McGrath
       Antoinette Rangel
       Assistant U.S. Attorneys
       (718) 254-7000

Enclosures

cc:     Clerk of the Court (RPK) (TAM) (by ECF) (without enclosures)