LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

April 2, 2024

**By ECF**
The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States v. Almeida*, 21 Cr. 613 (RPK)

Your Honor:

    We represent Angel Almeida in the above-captioned case and write on behalf of both parties respectfully to request that the Court schedule a status conference on April 11, 2024, at 3:00 pm. We understand that to be a date and time convenient for the Court. Thank you for your consideration.

    Respectfully submitted,

    /s/ Benjamin Silverman
    Benjamin Silverman
    Michael Vitaliano
    *Attorneys for Angel Almeida*

cc: Counsel of record (by ECF)
    Angel Almeida (by U.S. mail)