

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CWE/TBM/ANR
F. #2021R01035

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 25, 2024

By ECF and Email

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Angel Almeida
                Criminal Docket No. 21-613 (S-1) (RPK)

Dear Judge Kovner:

      The government respectfully submits this letter in response to the Court's September 20, 2024 Order, which required the government to file a status report concerning the defendant. Based on representations made to the government by the Bureau of Prisons ("BOP"), the defendant is expected to be transferred to the █████████████████, in ████ ██ for treatment.

                                       Respectfully submitted,

                                       BREON PEACE
                                       United States Attorney

                By:     /s/
                       Chand Edwards-Balfour
                       Tara McGrath
                       Antoinette N. Rangel
                       Assistant U.S. Attorneys
                       (718) 254-7000

cc:    Clerk of Court (by email)