CWE/TBM/ANR
F. #2021R01035

October 9, 2024

By ECF and Email

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Angel Almeida
>      Criminal Docket No. 21-613 (S-1) (RPK)

Dear Judge Kovner:

The government respectfully submits this letter in response to the Court's October 2, 2024 Order, which directed the government to contact the Bureau of Prisons ("BOP") to expedite the defendant's transfer to a medical facility for competency restoration and submit a status report on the defendant's transfer. The BOP informed the government that given the waitlist for the requested transfer which includes inmates from across the entire country who are in BOP custody, the BOP is unable to expedite the defendant's transfer. However, as discussed in the government's letter dated September 25, 2024, the defendant has been designated to be transferred to the Federal Medical Center, Devens.

Respectfully submitted,

BREON PEACE
United States Attorney

By:  _____/s/_____
     Chand Edwards-Balfour
     Tara McGrath
     Antoinette N. Rangel
     Assistant U.S. Attorneys
     (718) 254-7000

cc:  Clerk of Court (by email)