U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

CWE/TBM/ANR
F. #2021R01035

November 12, 2024

By ECF and Email

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Angel Almeida
           Criminal Docket No. 21-613 (S-1) (RPK)

Dear Judge Kovner:

      The government respectfully submits this letter in response to the Court's October 31, 2024 Order, which directed the government to provide an update when either (i) Almeida is transferred to the designated medical facility or (ii) the Bureau of Prison's anticipated transfer schedule changes. The BOP informed the government that Almeida arrived at the designated medical facility on November 6, 2024.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
     Chand Edwards-Balfour
     Tara B. McGrath
     Antoinette N. Rangel
     Assistant U.S. Attorneys
     (718) 254-7000

cc:    Clerk of Court (by ECF and email)
      Defense Counsel (by ECF and email)