LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

February 28, 2025

**BY ECF**
The Honorable Rachel P. Kovner
United States District Court Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

### Re: United States v. Angel Almeida; 21 Cr. 613 (RPK)

Dear Judge Kovner:

As the Court is aware, I represent Angel Almeida in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

I reviewed the Bureau of Prison's letter, dated February 26, 2025, and their request for a 120-day extension of the period of restoration. I do not object. From the Bureau of Prison's update, Angel clearly continues to suffer from serious mental health symptoms.

However, I respectfully request that the Court encourage the Bureau of Prisons to communicate with defense expert, Dr. Xavier Amador, Ph.D. Dr. Amador is well credentialed. He was the Director of Psychology and a Senior Research Scientist at the New York State Psychiatric Institute, both positions within the New York State Office of Mental Health (OMH). In addition, he was a professor of psychiatry at Columbia University College of Physicians and Surgeons in New York City. He has worked on some of the most serious cases and where defendants have suffered from serious mental illness, including over 80 death penalty cases in federal, state and military courts. In his field and beyond, he is a recognized leader and expert in psychotic disorders (e.g., schizophrenia and schizoaffective disorder) and treatment compliance, having published over 120 scientific papers and 9 books including *I am Not Sick I Don't Need Help! How to Help Someone with Mental illness Accept Treatment* (Vida Press, NY 2020). He regularly lectures about research on treatment and compliance in these disorders and trains in communication strategies scientifically proven to engage patients in treatment and keep them there. Finally, as part of his forensic work, he often interfaces with mental health staff at prisons and jails about defendants' treatment.

Since Angel's transfer to FMC Devens, we have sent multiple emails offering our

assistance.  This includes an email, dated February 7, 2025, with clinical impressions and detailed treatment suggestions from Dr. Amador based on his review of Angel's mental health history, and following the Bureau of Prisons' decision to pursue involuntary medication treatment.  We have not received any responses.

The Bureau of Prisons is tasked with a difficult challenge – to restore Angel Almeida, who suffers from serious mental health conditions involving psychosis.  To date, it appears that there has been no improvement.  Dr. Amador, as he has done in other cases, is willing to assist and support the Bureau of Prisons' efforts in any way he can.  Based on many discussions with Dr. Amador about Angel's mental health history and current symptoms, I believe he has helpful ideas concerning Angel's treatment and that those ideas should be considered.

Accordingly, I respectfully request that the Court encourage the Bureau of Prisons to communicate with Dr. Amador and consider his treatment suggestions.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.