U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

CWE/TBM/ANR
F. #2021R01035

July 10, 2025

By ECF and Email

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Angel Almeida
Criminal Docket No. 21-613 (S-1) (RPK)

Dear Judge Kovner:

      The government respectfully submits this letter in response to the Court's July 7, 2025 Order, which directed the government to provide a status report. Based on a discussion with the forensic psychologist who is evaluating the defendant's mental health, the undersigned understands that a report with the findings concerning the evaluation process is being written and is expected to be submitted to the Court on or about July 18, 2025.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/
        Chand Edwards-Balfour
        Tara B. McGrath
        Antoinette N. Rangel
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of Court (by ECF and email)
       Defense Counsel (by ECF and email)