LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

September 9, 2025

**BY ECF**
The Honorable Rachel P. Kovner
United States District Court Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

### Re: United States v. Angel Almeida; 21 Cr. 613 (RPK)

Dear Judge Kovner:

    As the Court is aware, I represent Angel Almeida in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. A hearing is currently scheduled for September 17, 2025, at 2 p.m.

    The parties jointly request that the hearing be converted to a status conference and that the conference be adjourned to mid-October, 2025. Angel's treating physician at FMC Devens and defense expert have conferred and discussed various treatment options. They agreed on a treatment plan and strategies aimed at restoring Angel's competency. Additional time is needed to assess the effectiveness of the plan and strategies. Accordingly, based on the views of the experts, we request that the Court schedule a status conference in mid-October, at which time the parties will provide a further update.

                                                Respectfully submitted,

                                                *Anthony Cecutti*

                                                Anthony Cecutti, Esq.