

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CWE/TBM/ANR
F. #2021R01035

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 20, 2025

By ECF and Email

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Angel Almeida
               Criminal Docket No. 21-613 (S-1) (RPK)

Dear Judge Kovner:

      The government respectfully submits this letter, with the consent of defense counsel, to request an adjournment of approximately sixty days of the status conference currently scheduled for November 24, 2025 at 10:00 a.m.  Defense counsel consents to the exclusion of time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(A). The parties jointly submit that the exclusion serves the ends of justice given the intervening time will permit ongoing discussions with counsel regarding potential next steps for addressing the mental competency of the defendant.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:    /s/
      Chand Edwards-Balfour
      Tara B. McGrath
      Antoinette N. Rangel
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of Court (by ECF and email)
      Defense Counsel (by ECF and email)