

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CWE/TBM/ANR
F. #2021R01035

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 17, 2026

By ECF and Email

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Angel Almeida
                Criminal Docket No. 21-613 (S-1) (RPK)

Dear Judge Kovner:

      The government respectfully submits this letter in response to the Court's February 9, 2026 order that directed the parties to file a status update and proposed order regarding the next steps in the above-captioned matter. The parties jointly submit this letter requesting that the Court enter the proposed order, attached hereto as Exhibit A, finding that the defendant is not mentally competent to stand trial and cannot be restored to competency. Given such findings, the proposed order directs the Bureau of Prisons to conduct an examination to determine whether civil commitment of the defendant is appropriate.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:    /s/
      Chand Edwards-Balfour
      Tara B. McGrath
      Antoinette N. Rangel
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of Court (by ECF and email)
      Defense Counsel (by ECF and email)