RMP:CWE/TBM/ANR
2021R01035

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANGEL ALMEIDA,

    Defendant.

- - - - - - - - - - - X

PROPOSED ORDER FOR PSYCHOLOGICAL EXAMINATION PURSUANT TO 18 U.S.C. § 4246

Docket No. 21-CR-613 (RPK)

    WHEREAS, this Court had ordered the defendant Angel Almeida to undergo competency restoration procedures pursuant to 18 U.S.C. §4241(d);

    WHEREAS, pursuant to those proceedings, the Court had received a forensic report from Dr. Miriam Kissin, dated July 8, 2025, concluding that Angel Almeida is mentally incompetent and, further, cannot be restored to competency such as to permit the above-captioned criminal case to proceed;

    WHEREAS, during a status conference with the parties on February 9, 2026, the parties agreed to those same findings;

    WHEREAS, this Court likewise finds Angel Almeida is not competent and non-restorable pursuant to 18 U.S.C. § 4241(d) and is thus subject to the provisions of 18 U.S.C. § 4246;

    IT IS HERBY ORDERED that Angel Almeida be subjected to a psychological examination pursuant to 18 U.S.C. § 4246;

    IT IS FURTHER ORDERED that Angel Almeida be committed to a Federal Medical

Center designated by the Attorney General to be examined for a reasonable period, but not to exceed forty-five (45) days;

IT IS FURTHER ORDERED that a psychological report be prepared pursuant to 18 U.S.C. § 4247(b) and (c) and that said report shall include:

(1) Angel Almeida's history and present symptoms;

(2) A description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) The examiner's findings; and

(4) The examiner's opinions as to diagnosis and prognosis and whether Angel Almeida is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another;

IT IS FURTHER ORDERED that the examiner provide the conclusion of their report to this Court, with copies to Counsel for Angel Almeida and the US Attorney's Office within 45 days or receipt of this Order;

IT IS FURTHER ORDERED that if the examiner's report finds that Angel Almeida meets the criteria for commitment pursuant to 18 U.S.C. § 4246, this Court directs the Bureau of Prisons to file said forensic report along with the Warden's Certificate of Dangerousness to the Clerk of the Court for

the District to which Angel Almeida is confined and to notify this Court when such Certificate has been filed.

SO ORDERED.

_____
THE HONORABLE RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: Brooklyn, New York
February \_\_, 2026